# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUETTE TOUCH'E MYERS, Sr. CDCR #F-98738,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>G. CASIAN, M.D., CDCR Medical Physician; L. TILLMAN, CDCR Correctional Sergeant; R. ROJAS, CDCR Correctional Officer,<br><br>　　　　　　　　　　　Defendants. | Civil No.　　14cv2255 WQH (JLB)<br><br>**ORDER** |

HAYES, Judge:

　　The matters before the Court are the Motion to Dismiss the Complaint filed by Defendants (ECF No. 9) and the Report and Recommendation issued by United States Magistrate Judge Jill L. Burkhardt (ECF No. 21), recommending that the Motion to Dismiss be denied.

　　No objections to the Report and Recommendation have been filed. The Court has reviewed the Complaint, all briefing on the Motion to Dismiss, and the Report and Recommendation. The Court adopts the Report and Recommendation in its entirety.

///

1   IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 21)
2 is ADOPTED in its entirety.  The Motion to Dismiss (ECF No. 9) is DENIED.
3 DATED:  August 21, 2015

**WILLIAM Q. HAYES**
United States District Judge